AO 247 (Rev. 11/23)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia
Savannah Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: __4:19CR00066-4__ |
| Bayleigh Laughing | ) | |
| | ) | USM No: __23081-021__ |
| Date of Original Judgment: __November 19, 2019__ | ) | |
| Date of Previous Amended Judgment: __N/A__ | ) | Troy W. Marsh |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant   ☐ the Director of the Bureau of Prisons   ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____88_____ months **is reduced to** _____time served_____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __November 19, 2019__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __January 19, 2024__

Effective Date: __February 1, 2024__
*(if different from order date)*

R. Stan Baker
United States District Judge
Southern District of Georgia